**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**YOESDAN HERNANDEZ PADILLA**              **CIVIL ACTION NO. 26-0524**

                                          **SECTION P**
**VS.**

                                          **JUDGE ALEXANDER C. VAN HOOK**

**DIRECTOR WINN CORRECTIONAL**              **MAG. JUDGE KAYLA D. MCCLUSKY**
**CENTER, ET AL.**

**ORDER**

Petitioner Yoesdan Hernandez Padilla,[1] a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS DIRECTED** to serve a summons, a copy of the Petition, [doc. # 6], and a copy of this Order by certified mail on the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its Director, and the Warden of Winn Correctional Center.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** following the date of service.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

---

[1] Petitioner's "A Number" is 245-772-155.

In Chambers, Monroe, Louisiana, this 24th day of March, 2026.

_____

Kayla Dye McClusky
United States Magistrate Judge