**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

YOESDAN HERNANDEZ PADILLA          CIVIL ACTION NO. 26-0524

VERSUS                             JUDGE ALEXANDER C. VAN HOOK

DIRECTOR, WINN CORRECTIONAL
CENTER, ET AL.                     MAGISTRATE JUDGE McCLUSKY

---

## ORDER

Considering the foregoing Motion for Leave to File Reply in Support of Petition for Writ of Habeas Corpus, Record Document 20, and the Motion for Brief Extension of Time to File Objections to the Report and Recommendation, Record Document 21, it is clear to the Court that petitioner is seeking additional time to file an objection to the Report and Recommendation, Record Document 18.

**IT IS ORDERED** that the motion is **GRANTED.** Petitioner has an additional thirty (30) days or until **July 2, 2026** to file his response to the Report and Recommendation, Record Document 18.

**DONE AND SIGNED** at Shreveport, Louisiana, this 2nd day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE