**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| YOESDAN HERNANDEZ PADILLA | CIVIL ACTION NO. 26-0524 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| DIRECTOR, WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## <u>JUDGMENT</u>

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 18, the petitioner's Petition for Writ of Habeas Corpus and Supplement to Petition, Record Documents 6 and 11, respondent's response to the petition, Record Document 16, as well as petitioner's Motion for Leave to File Reply in Support of Petition, Record Document 20, and petitioner's objections, Record Document 23, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the claims of petitioner Yoesdan Hernandez Padilla concerning his conditions of confinement and medical care are **DISMISSED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to his right to raise them in a separate civil rights action.

**IT IS FURTHER ORDERED** that petitioner's claim of unlawful arrest is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that petitioner's Motion for Leave to File Reply in Support of Petition, Record Document 20, is **DENIED** as moot as the Court has considered the proposed pleading in Attachment 2 of Record Document 20.

**IT IS FURTHER ORDERED** that petitioner's remaining claims are **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE